# Court of Appeals
# of the State of Georgia

ATLANTA,___June 26, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1442. G.D. EVANS & ASSOCIATES, LLC v. 84 LUMBER COMPANY, LP.**

Appellant's brief and enumerations of error were due on April 29, 2014. On that date, appellant sought and received an extension of time for filing until May 19, 2014. As of June 23, 2014, appellant's brief and enumerations of error have not been filed, and appellant has sought no further extension of time. Accordingly, this appeal is DISMISSED pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/26/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*